# MusickPeeler
**ATTORNEYS AT LAW**
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@musickpeeler.com

Attorneys for Defendant BANK OF THE WEST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HARLAN HOYT, | Case No. 2:18-cv-01272 MCE (KJNx) |
| Plaintiff, | Hon. Morrison C. England, Jr., Crtrm. 7 |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| Experian Information Solutions, Inc., Equifax Information Services, LLC; Bank of the West, and DOES 1 through 100 inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation, it is hereby ordered that BOTW has up to and including July 13, 2018, to file a responsive pleading to the Complaint on file herein.

IT IS SO ORDERED.

Dated: June 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE