# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HARLAN HOYT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC; Bank of the West, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-01272 MCE (KJNx)<br><br>Hon. Morrison C. England, Jr., Crtrm. 7<br><br>**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　Pursuant to the parties' second stipulation, it is hereby ordered that BOTW has up to and including August 13, 2018, to file a responsive pleading to Plaintiff's Complaint.

　　　IT IS SO ORDERED.

Dated: July 17, 2018

　　　　　　　　　　　　　　　　　　　　　　*/s/ Morrison C. England, Jr.*
　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

MUSICK, PEELER & GARRETT LLP

1112883.1

ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO PLAINTIFF'S COMPLAINT